UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:16cr121

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| WILLIE JUNIOR LILLY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

UPON MOTION OF THE UNITED STATES OF AMERICA, the Court hereby orders the Charlotte-Mecklenburg Police Department (CMPD) to apply a partial amount of the funds (that is, the amount of $100.00 out of $274.00)), seized during the course of the above-captioned investigation for settlement of the outstanding Special Assessment levied in this case. Defendant Willie Junior Lilly is no longer legally entitled to recover the $247.00 as a result of his conviction in this case.

IT IS SO ORDERED.

Signed: August 25, 2017

Frank D. Whitney
Chief United States District Judge